## Third Department, January, 1949.
### (January 12, 1949.)

Delaware, Lackawanna & Western Railroad Company, Respondent, v. Marion J. Slocum, as General Chairman of Lackawanna Division No. 30 of the Order of Railroad Telegraphers, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ. [See *ante*, p. 950.]

Clarence Jackson, Appellant, v. National Grange Mutual Liability Company, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. This court certifies that in its opinion a question of law has arisen which in its opinion ought to be reviewed and certifies the following question: Did the Justice's Court of the Town of Salem, Washington County, acquire jurisdiction of defendant by service of its process in this action upon the Superintendent of Insurance of the State of New York in the city of Albany, N. Y.? Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ. [See *ante*, p. 330.]

Pearl Kutun et al., Appellants-Respondents, v. Hanna R. Kranz, Individually and as Administratrix of the Estate of Louis Kranz, Deceased, Respondent-Appellant, and Floyd Kranz, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, to defendant-respondent, Hanna Reiss Kranz. Present — Foster, P. J., Brewster, Deyo, Santry and Bergen, JJ. [See *ante*, p. 365.]

In the Matter of the Claim of Alma L. Lord, Respondent, against Rocky Crest Sanatorium et al., Appellants. Workmen's Compensation Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ. [See *ante*, p. 955.]

In the Matter of the Claim of Vernon C. Fortner, Respondent, against Irving L. Heath, Doing Business as Irving L. Heath, an Individual, Respondent, and State Insurance Fund, Appellant. Workmen's Compensation Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ. [See *ante*, p. 958.]

The People of the State of New York ex rel. John Sadowy, Appellant, against J. Vernel Jackson, as Warden of Clinton State Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ. [See *ante*, p. 961.]

In the Matter of James J. Donahue, Petitioner, against Clifford J. Fletcher, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Decision of this court, handed down December 29, 1948 (*ante*, p. 1020) amended to read as follows: Determination annulled on the law and facts, with $50 costs and disbursements. Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ., concur.